BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAY 4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF<br><br>4006 Senate Avenue<br>North Highlands, CA. | CASE NO. 2:14-SW-673 CKD<br><br>APPLICATION AND ORDER FOR UNSEALING SEARCH WARRANT |
|---|---|

On December 4, 2014, a search warrant was filed in the above-referenced case. Since the government has made initial arrests in this case, it is no longer necessary for the search warrant to be sealed. The government respectfully requests that the search warrant and attached affidavit be unsealed.

Dated: May 4, 2015

BENJAMIN B. WAGNER
United States Attorney

By: _____
JILL M. THOMAS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: 5/4/15

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

APPLICATION AND ORDER FOR UNSEALING SEARCH
WARRANT.

1